**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :          Chapter 7
Aaron Bliss


                    Debtor                       :          Bankruptcy No. 26-11130-djb


ORDER  VACATING  ORDER


AND NOW, it is ORDERED that   the Order discharging  the  Debtor  entered

in  this  case  on June 25, 2026,  was  entered  prematurely by the  clerks' office

and is  VACATED   pending disposition of  of the adversary proceeding  26-00166

(Walter Francis Golas, Jr. & Dawn Marie Golas v. Aaron Bliss)  objecting to

discharge of the Debtor pursuant to 11 U.S.C. 727(c)(1).


                                                  BY THE COURT:


DATE:   June 26, 2026

                                                  _____
                                                  Derek J. Baker
                                                  United States Bankruptcy Judge